JAMES A. KEMPSTON, as Administrator of the Estate of A. LESTER KEMPSTON, Deceased, Respondent, *v.* AMERICAN MANUFACTURING COMPANY, Appellant.

*Negligence — motor vehicles — sudden unexplained starting of electric truck — recovery for death of person struck while walking in front thereof.*

*Kempston v. American Manfg. Co.*, 194 App. Div. 781, affirmed.
(Argued January 26, 1922; decided February 28, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 16, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. In the complaint the plaintiff alleged that defendant's electric five-ton truck suddenly started from its standing position on pier 63, North river, and struck plaintiff's intestate, who was walking on a fifteen-foot open space on said pier; that the running away of the truck was due to the negligence of its chauffeur in permitting the said truck to be and remain standing, unattended and uncontrolled on said pier with the power on and without removing the switch which controlled the power, and in not throwing off the power from said truck while it was standing on said pier, and in failing to have brakes in proper condition and properly set, and in failing to employ other safety devices on said truck, and in failing to have said truck safely and properly secured.

*George F. Hickey* and *Harry A. Talbot* for appellant.
*William H. Hamilton* and *Norman C. Conklin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.